**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _2024 112047_

Date Received: __JUN 0 6 2024__

Date Due: _7-21-24_

Grievance Code: _603_

Investigator ID #: _2972_

Extension Date: _____

Date Retd to Offender: __JUL 0 1 2024__

Offender Name: _James Williams_   TDCJ # _2168331_

Unit: _Beto_   Housing Assignment: _O-117-B_ ✓

Unit where incident occurred: _Beto_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Practice Man, I-60/Supply I-60_ When? _5-30 & 6-3-24_

What was their response? _No response from either_

What action was taken? _No action other than denying me catheters/supplies_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

This is a medical complaint and under my previous TDCJ-ID number of #556322 in the year of 2002 or 2003 I was assigned to the Coffield unit where Dr. Ken Kuykendall sent me to Urology at Galveston UTMB. They ran test on me, catheterized me and determined that I required to be catheterized up to 4 times per day. Then in 2014 while on the streets and fell 14 ft. from a ladder and reinjuring my lower back which also did nerve damage to my bladder tests were ran in Urology at the Methodist hospital in Houston where I was ordered to keep using 4 catheters per day and wearing a diaper at night when I sleep because I lose control of both bladder and my stool when I fully relax in my sleep. I have these freeworld medical records for litigation purposes. TDCJ has access to records mentioned beforehand. This is more than enough to prove my need for supplies. Now, the Medical supply technician here on Beto who has no type of medical training has decided she has a personal problem with me is dictating to the provider, E.Z. on 6-3-24 that I don't need these supplies and she even refuses to order them for me saying she will give me the exact same supplies she gives everyone else even though everyone's medical problems and ages are different. Now I have been two days without catheters and diapers and I am soiling my bedding at night and having to

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

wash the sheets in the toilet, they are not dry by bedtime.
I have been getting a list of supplies on 10 other units
in TDCJ in the last 6½ years and now an inexperienced
provider who I saw on 6-3-24 and an incompetent medical
supply technician who is not trained in the medical field
and can't possible know the medical needs of inmates
has discontinued my supplies. Also I can only use Red
Rubber Catheters because I am allergic to the others
offered as I'm allergic to Vinyl and my records will
show this, Records I have copies of,

**Action Requested to resolve your Complaint:** Get me all the exact same supplies
I have been getting the past 6½ years in TDCJ

**Offender Signature:** James William #2168331    **Date:** 6-5-24

**Grievance Response:**

In review of your records, you seen the provider on 6/3/24 and based upon your words it has been 10 years since being seen by URO. With it being such a long time frame the providers feels that you need to be assessed by URO again. However, you left the room w/o the provider being able to perform an examination on you. Therefore, there is no documentation on why you need so many supplies. This is unsubstantiated.

**Signature Authority:** _____    **Date:** 6/28/24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

AUG 12 2024



**Texas Department of Criminal Justice**

S. Gym - 120

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: James Williams TDCJ # 2168331

Unit: Beto Housing Assignment: O-117-B

Unit where incident occurred: Beto

**OFFICE USE ONLY**

Grievance #: 2024112047

UGI Recd Date: JUL 02 2024

HQ Recd Date: JUL 22 2024

Date Due: 8-16-24

Grievance Code: 603

Investigator ID#: 10352

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific.)**   *I am dissatisfied with the response at Step 1 because...*

There was Nothing the provider on 6-3-24 could examin of M urinary flow. She is way far from being a urologist and is not even infact a real doctor. I have medical records from freeworld urology and any idiot medical provider should know urinary problems only get worse not better

---

**I-128 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

**Offender Signature:** *James Wilson #5168331*   **Date:** 7-2-24

**Grievance Response:**

In your Step 1 medical grievance, you stated you are being denied a renewal of the urinary supplies you have been order for over 10 years while incarcerated.  You are requesting to be ordered the exact same supplies you have been getting.

Review of the health record shows you currently have an order for 7 pullups/briefs, 28 red urinary catheters, 28 lubes, 1 roll of toilet paper every week. The documentation also reveals you receive 14 blue pads, urinary bag, 14 black bags for soiled diapers on a bi-weekly basis.  The documentation shows you have been afforded appropriate access to medical care in accordance with Correctional Managed Health Care Policy E-37.1.

There is no further action warranted for this issue through the appellate review. This grievance is unsubstantiated.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS                              07/25/2024
TDCJ HEALTH SERVICES DIVISION

Offender Signature: _____   Date: _____
Grievance Response:

**Signature Authority:** _____   **Date:** _____

---

| **Returned because:**    *Resubmit this form when corrections are made.* | **OFFICE USE ONLY** |
|---|---|
| ☐ **1. Grievable time period has expired.** | **Initial Submission**          **CGO Initials:** _____ |
| ☐ **2. Illegible/Incomprehensible.*** | Date UGI Recd:_____ |
| ☐ **3. Originals not submitted. *** | Date CGO Recd:_____ |
| ☐ **4. Inappropriate/Excessive attachments.*** | (check one) ____Screened  ____Improperly Submitted |
| ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.** | Comments: _____ |
| ☐ **6. Inappropriate.*** | Date Returned to Offender:_____ |
| | **2ⁿᵈ Submission**          **CGO Initials:** _____ |
| | Date UGI Recd: _____ |
| | Date CGO Recd:_____ |
| | (check one) ____Screened  ____Improperly Submitted |
| | Comments: _____ |
| **CGO Staff Signature:** _____ | Date Returned to Offender: _____ |
| | **3ʳᵈ Submission**          **CGO Initials:** _____ |
| | Date UGI Recd: _____ |
| | Date CGO Recd:_____ |
| | (check one) ___Screened  ____Improperly Submitted |
| | Comments: _____ |
| | Date Returned to Offender: _____ |

**I-128 Back (Revised 11-2010)**                                    **Appendix G**

**Texas Department of Criminal Justice**

# STEP 1
## INMATE
## GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: 2024112525 |
| Date Received: JUN 0 7 2024 |
| Date Due: 7-22-24 |
| Grievance Code: 601 |
| Investigator ID #: 2972 |
| Extension Date: |
| Date Retd to Inmate: JUL 0 1 2024 |

Inmate Name: James Williams    TDCJ # 2168331

Unit: Beto    Housing Assignment: O-117-B

Unit where incident occurred: Beto

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Practice Manager recieved I-60 When? 6-4-24

What was their response? She did not respond and never does

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

One 6-3-24 I was seen in clinic by provider Onwuchekwa, Ezenwanyi. In this appointment she discontinued my toilet paper pass for an extra roll biweekly because the Medical supply technician instructed her to do so because she has a personal dislike for me which is retaliation. I was also instructed by Onwuchekwa to buy my extra toilet paper that I have been getting for 2 years, with my own money out of commissary even though she has prescribed many other inmates toilet paper out of unit stock. And again she went on the advise of the medical supply technician who is untrained in any way in the feild of medicine, and is incompetent. The reasons I need the extra toilet paper is I have superly badly swollen hemorrhoids that stay swollen even when not inflamed and there are several of them. It takes many wipes to fully clean my-self. Plus I lose my bowels in my sleep in the diaper I'm suppose to wear and need extra toilet paper to clean myself up. I don't have money to buy toilet paper and other inmates that have been seen by the above named

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**        **(OVER)**

I-127 Front (Revised 8/2022)

Nigerian provider do not have to buy extra toilet paper but are prescribed it by the provider so she is discriminating against me because the unit supply tech in the medical supply dept. don't like me. and the provider would not even look at my hemorrhoids to determine if I even needed it or not.

**Action Requested to Resolve Your Complaint.**

Get me an appointment with another provider other than ~~Dr.~~ Onwuchekwa or Goings to look at my hemorrhoids to see I qualify for extra toilet paper and consider the fact I crap on myself at night in my sleep.

Inmate Signature: James Williams #2168331      Date: 6-7-24

**Grievance Response:**

Reviewing your chart, you were ordered 1 roll of toilet paper every 2 weeks. This was an order from previous unit that doesn't expire until 10/15/24. You may purchase toilet paper from commissary or put in an I-60 to be re-evaluated for extra toilet paper. This is unsubstantiated.

Signature Authority: _____      Date: 10/28/24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

AUG 12 2024



**Texas Department of Criminal Justice**

S. Gym - 120

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: James Williams   TDCJ # 2168331
Unit: Bet   Housing Assignment: O-117-B
Unit where incident occurred: Beto

OFFICE USE ONLY

Grievance #: 2024112585
UGI Recd Date: JUL 02 2024
HQ Recd Date: JUL 22 2024
Date Due: 8-16-24
Grievance Code: 601
Investigator ID#: I0352
Extension Date:

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

There are quite a few inmates I have talked to on Beto Unit that has been prescribed extra rolls of toilet paper by provider Onwuchekwa within the past 3 years that have the same problems I have and are not told to buy it out of commissary. I don't have money. She is discriminating against me & my disabilities

**Offender Signature:** *James Williams #2168331*   **Date:** 7-2-24

**Grievance Response:**

In your Step 1 medical grievance, you stated you have been denied an extra roll of toilet paper every other week to clean yourself with.  You are requesting to see another provider to have your hemorrhoids checked to see if you qualify for extra toilet paper.

Review of the health record shows you have a current order and pass for extra toilet paper every other week.  As stated in the Step 1 response, you can also purchase more toilet paper at the commissary if the extra roll is not enough.  The documentation shows you have been afforded access to appropriate medical care and your claim is unsubstantiated.

You are advised to submit a Sick Call Request if you feel your condition has changed to warrant further evaluation.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS                                    07/25/2024
TDCJ HEALTH SERVICES DIVISION

Offender Signature:_____ Date:_____

Grievance Response:

**Signature Authority:**_____ **Date:** _____

**Returned because:**   ***Resubmit this form when corrections are made.***

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

I-128 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials: _____** |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2ⁿᵈ Submission** | **CGO Initials: _____** |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3ʳᵈ Submission** | **CGO Initials: _____** |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**Appendix G**

# Texas Department of Criminal Justice

## STEP 1
### INMATE
### GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2024112859

Date Received: JUN 10 2024

Date Due: 7/25/24

Grievance Code: 601

Investigator ID #: 2981

Extension Date: _____

Date Retd to Inmate: JUL 01 2024

Inmate Name: James Williams          TDCJ # 2168331

Unit: Beto          Housing Assignment: O-117-B

Unit where incident occurred: Beto

---

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? I-60 to Goster, Practice Manager   When? 6-4-24

What was their response? She gave no response even though is a dangerous issue

What action was taken? She ignored my I-60 like all others.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 6-3-24 I had an appointment with provider E. Onwachekwa. And I asked her to renew the handicap shower pass or disability shower pass because I'm registered by the U.S. Social Security dept since 2015 @ 100%, and collected 100% Social Security disability pay. And the fact its dangerous with all the fast moving young inmates here as I could slip and fall. I have had a disability shower pass for several years on other units. Ms. Onwuchekwa refused to give me a pass even though she gave them to other inmates, and she refused to transfer me to a unit with disability showers when she told me there are no disability shower facilities on the Beto unit. I also pointed out that my medical restrictions have held for years a Single Level Facility Medical restriction and this is a multi level facility and for one, I can never attend school or college as that is all upstairs. So I do not even qualify to be assigned to this unit but again, and even though the Single Level restriction was placed on me several years ago by a true doctor of medicine, Onwachekwa

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)**

Inmate Grievance Operations Manual
Appendix F

denied me a unit transfer to a single level Unit with disability showers) She is discriminating against my proven disabilities. and I have Free-world Medical records and MRI's on hand to back me up.

**Action Requested to Resolve Your Complaint.**

Transfer me back to a single level facility with disability/handicaped showers,

Inmate Signature: *James William* 2168331         Date: 6-10-24

**Grievance Response:**

Reviewing your chart, there is no documentation on the provider note 6/3/24 that she/he refused to transfer you to another unit. Your restrictions are that you are on ground floor only and lower bunk only. You walked out of clinic before an examination was ever conducted. This claim is denied.

Action Requested to Resolve Your Complaint.

Signature Authority: _____         Date: 6/28/24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:   *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:**

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:**

I-127 Back (Revised 8/2022)

| | **OFFICE USE ONLY** |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **2nd Submission** | **UGI Initials:_____** |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **3rd Submission** | **UGI Initials:_____** |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Returned to Inmate: _____ | |



**Texas Department of Criminal Justice**

S.Gym - 120

**STEP 2** **OFFENDER GRIEVANCE FORM**

Offender Name: James Williams TDCJ# 2168331
Unit: Beto  Housing Assignment: O-117-B
Unit where incident occurred: Beto

**OFFICE USE ONLY**

Grievance #: 2024112859
UGI Recd Date: JUL 02 2024
HQ Recd Date: JUL 22 2024
Date Due: 8-16-24
Grievance Code: 601
Investigator ID#: 10352
Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*
Attached is a copy of my medical restrictions, Please note Single Level Facility Continuous restriction that Never expires.

_____
_____
_____
_____

**Offender Signature:** *James Welleaux #2168331*   **Date:** 7-2-24

**Grievance Response:**

In your Step 1 medical grievance, you stated you were denied a renewal of your disability shower pass on 06/03/2024.  You are requesting to be transferred to a single level facility with disability showers.

As stated in the Step 1 response, there is no documentation concerning being transferred to another unit.  Further review shows your medical shower pass was renewed on 07/16/2024.  You also have a current and active restriction for ground floor, single level unit restrictions since 11/10/2020.  There is no documentation found to show the provider found a unit transfer to be medically necessary.  The documentation shows you have been afforded appropriate access to medical care in accordance with Correctional Managed Health Care Policy E-37.1.

There is no further action warranted for this issue through the appellate review.  You must submit a Sick Call Request to medical if you feel your condition has changed to warrant further evaluation.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS                    07/25/2024
TDCJ HEALTH SERVICES DIVISION

Offender Signature: _____ Date: _____
Grievance Response:

**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**I-128 Back (Revised 11-2010)**

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**Appendix G**

# Current Patient Restrictions

**Patient: WILLIAMS, JAMES D   MRN: 2168331   DOB: 03/11/1960   Sex: MALE   Race:WHITE**

| Order Provider | Section | Element | Restriction | Start Date | # Days | Exp. Date | Cont | Data | Units |
|---|---|---|---|---|---|---|---|---|---|
| MONTGOMERY, LAURIE J | I | Facility Assignment | Single Level Facility | 11/10/2020 | | | Yes | | |
| JONES, ERIN A | I | Trustee Camp | Not Suitable for Trustee Camp | 05/23/2019 | | | Yes | | |
| UNKNOWN, UNKNOWN | I | Bunk Assignment | Lower Only | 06/12/2014 | | | Yes | | |
| CURRY, JOSEPH M | II | Extended Medical Hours | Medical Non-KOP | 01/08/2018 | | | Yes | | |
| JOHNSON, ERIC B | II | Extended Medical Hours | Psych Non-KOP | 02/06/2019 | | | Yes | | |
| CURRY, JOSEPH M | III | Row Assignment | Ground Floor Only | 01/08/2018 | | | Yes | | |
| CURRY, JOSEPH M | III | | 12. No Climbing | 01/08/2018 | | | Yes | | |
| JONES, ERIN A | III | | 19a. Medical - No Work in Direct Sunlight | 05/23/2019 | | | Yes | | |
| HILLIARD, WANDA T | III | | 19b. Psych - No Work in Direct Sunlight | 03/12/2019 | | | Yes | | |
| CURRY, JOSEPH M | III | | 20a. Medical - No Temperature Extremes | 01/08/2018 | | | Yes | | |
| HILLIARD, WANDA T | III | | 20b. Psych - No Temperature Extremes | 03/12/2019 | | | Yes | | |
| JONES, ERIN A | III | | 21a. Medical - No Humidity Extremes | 01/08/2018 | | | Yes | | |
| JEFFRIES, KEVIN W | III | | 21b. Psych - No Humidity Extremes | 06/07/2024 | | | Yes | | |
| CURRY, JOSEPH M | III | | 22. No Exposure to Environmental Pollutants | 01/08/2018 | | | Yes | | |
| CURRY, JOSEPH M | III | | 23. No Work With Chemicals or Irritants | 01/08/2018 | | | Yes | | |
| JONES, ERIN A | III | | 3. Sedentary Work Only | 05/23/2019 | | | Yes | | |
| GREENE, DOUGLAS E | III | | 7. Limited Standing | 02/08/2018 | | | Yes | | |
| PRINCE, JUSTIN K | III | | 8. No Walking > | 07/18/2024 | | | Yes | 50 | Yards |
| TAYLOR, WHITNEY D | IV | Disciplinary Process | Consult Representative of Mental Health Department before taking disciplinary action | 01/08/2019 | | | Yes | | |
| BECK, PATRICK S | V | Routine Transportation Van | Mental Health Representative Required | 11/23/2020 | | | Yes | | |
| HOWELL, JOEL W | VI | Restrictions | | 03/05/2021 | | | Yes | | |
| PRINCE, DUSTIN K | | | RESEND | 07/18/2024 | | | | | |
| ABRON, STEPHANIE C | | | RESEND | 09/12/2018 | | | | | |
| HOWELL, JOEL W | | | RESEND | 01/18/2024 | | | | | |
| HOWELL, JOEL W | | | RESEND | 02/23/2023 | | | | | |
| DOZIER_JOACHIM, KAYLI D | | | RESEND | 06/12/2020 | | | | | |
| BECK, MARTHA L | | | RESEND | 05/11/2018 | | | | | |
| FRAZIER, TRINA R | | | RESEND | 03/27/2020 | | | | | |

## PULHES Management

| DESIG | | CODE | MODIFIER |
|---|---|---|---|
| P | 3 | G | P |
| U | 2 | B | P |
| L | 2 | B | P |
| H | 1 | A | - |
| E | 2 | B | P |
| S | 3 | N | T |

*PLEASE NOTE: HSM-18 in the mainframe will be updated from these orders hourly from 6AM to 5PM.*

User Name: BEAVER, ALICE L          Run Date: 8/7/2024 5:29:26 PM

# Texas Department of Criminal Justice

## STEP 1
### INMATE
### GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024114854 |
| Date Received: | JUN 13 2024 |
| Date Due: | 7-28-24 |
| Grievance Code: | 601 |
| Investigator ID #: | 2972 |
| Extension Date: | |
| Date Retd to Inmate: | JUL 01 2024 |

Inmate Name: _James Williams_  TDCJ # _2168331_
Unit: _Beto_    Housing Assignment: _O-117-B_ ✓
Unit where incident occurred: _Beto_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Practice Manager Gorter_   When? _6-4-24_
What was their response? _Got No response_
What action was taken? _No action_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 6-3-24 I was seen in an office visit with provider Onwuchekwa, and at the appointment she told me that there was No disability or handicap showers on the Beto unit and at my request for a disability shower pass due to my disabilities she denied my request but she said she was going to place a formal medical request to B.O.C. in Huntsville that I be transfered to a unit that does have disability showers for my physical safety and that she did not want to be responsible for me falling in the shower and hurting myself. Since that appointment I have had 2 other providers check the computer to see if provider Onwuchekwa actually did put an order in for a unit transfer and it was found that she told me an untruth and did not place an order for a transfer like she said. So her knowing there is no access to a disability shower she has put me in physical danger.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)**

I-127 Front (Revised 8/2022)

And also somehow she wrote passes to several other inmates disability shower passes and they go every day at 1:00 PM. So not only is she placing my physical safety in danger by not giving me a handicap/disability shower pass she is discriminating against me

**Action Requested to Resolve Your Complaint.**
Either issue me a disability shower pass or do like she said and ~~than~~ transfer me to a unit with disability shower access

**Inmate Signature:** James Williams          **Date:** 6-13-24

**Grievance Response:**

Reviewing your chart, since the provider was unable to exam you because you walked out you will need to be re-evaluated for a transfer to another unit. You will need to be seen by a provider so you will need to submit an I-60 for re-evaluation to another unit to accommodate your disability issue. This grievance is unsubstantiated.

Action Requested to Resolve Your Complaint.

**Signature Authority:** _____          **Date:** 6/28/24
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____
**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 8/2022)

**OFFICE USE ONLY**
Initial Submission          UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate:_____
**2nd Submission          UGI Initials:_____**
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____
**3rd Submission          UGI Initials:_____**
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

Inmate Grievance Operations Manual
Appendix F



S. Gym- 120

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: 2024114854 |
| UGI Recd Date: JUL 02 2024 |
| HQ Recd Date: JUL 22 2024 |
| Date Due: 8-16-24 |
| Grievance Code: 601 |
| Investigator ID#: I0352 |
| Extension Date: |

Offender Name: James Williams   TDCJ # 2168331

Unit: Beto   Housing Assignment: O-117-B

Unit where incident occurred: Beto

---

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

This is of grievance #2024114854. This woman or person is not a doctor and I have medical records, orders and prescriptions from Freeworld specialists and doctors in my cell, ready for Federal court that proves I am 100% disabled and was collecting 100% Social Security Disability pay on the streets prior to coming to prison in 2017. The provider in step-I here-in is not qualified to over-ride these ~~speci~~ specialist.

And I only left her off after she said she was finished with me. I am a 64 year old disabled person and I'm on a unit with a bunch of very young inmates who try to run over me in the shower and chow hall because they have no physical disabilities, I get near knocked down on a daily basis. This provider could care less about my safety.

---

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

Offender Signature: _James Williams #2168331_   Date: _7-2-24_

Grievance Response:

In your Step 1 medical grievance, you stated Inmate states he is being denied a renewal of his disability shower pass on 06/03/2024.  He is requesting to be given disability shower pass or be transferred to a unit with a disability shower.

This is a redundant issue previously addressed in grievance number 2024112859 and will not be revisited at this time.

You must submit a Sick Call request if you feel your condition has changed to warrant further evaluation.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**                                        07/25/2024
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____   Date: _____

| Returned because: *Resubmit this form when corrections are made.* | OFFICE USE ONLY |
|---|---|
| | **Initial Submission**   CGO Initials: _____ |
| ☐ 1. **Grievable time period has expired.** | Date UGI Recd:_____ |
| ☐ 2. **Illegible/Incomprehensible.*** | Date CGO Recd:_____ |
| ☐ 3. **Originals not submitted. *** | (check one) ___Screened ___Improperly Submitted |
| ☐ 4. **Inappropriate/Excessive attachments.*** | Comments:_____ |
| | Date Returned to Offender:_____ |
| ☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.** | **2ⁿᵈ Submission**   CGO Initials: _____ |
| ☐ 6. **Inappropriate.*** | Date UGI Recd:_____ |
| | Date CGO Recd:_____ |
| | (check one) ___Screened ___Improperly Submitted |
| | Comments:_____ |
| **CGO Staff Signature:** _____ | Date Returned to Offender:_____ |
| | **3ⁿᵈ Submission**   CGO Initials: _____ |
| | Date UGI Recd:_____ |
| | Date CGO Recd:_____ |
| | (check one) ___Screened ___Improperly Submitted |
| | Comments:_____ |
| | Date Returned to Offender:_____ |

**I-128 Back** (Revised 11-2010)                                        **Appendix G**

**Texas Department of Criminal Justice**

## STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024117200 |
| Date Received: | JUN 19 2024 |
| Date Due: | 8-3-24 |
| Grievance Code: | 600 |
| Investigator ID #: | 2972 |
| Extension Date: | |
| Date Retd to Offender: | JUL 01 2024 |

Offender Name: James Williams     TDCJ # 2168331

Unit: Beto          Housing Assignment: O-117-B ✓

Unit where incident occurred: Beto

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I-60 to Practice Manager    When? 6-11-24

What was their response? Got No response

What action was taken? No action

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 6-11-24 at between 5:00AM and 6:00 AM I went to the infirmary with a pass to go get my medical supplie which is located upstairs in the the infirmary. I am on a walker and have a ground floor, no climbing single level facility restrictions. And the nurses working the E.R. by the elevator refused to send me up on the elevator to the second floor and directed me to the officer controling the front door. Both nurses in the E.R. and this unknown officer had keys to the elevator. When I asked the officer to send me up he also refused and told me to walk up the stairs like every one else. So in order to get these much needed supplies I was forced to carry my big walker up 2 flights of stairs and coming close to falling multiple times all the way up and all the way down. This is on camera as well. The nurses names and the officers' name can be found on the medical shift roster. I could have easily fell and been badly injured or worse. In my health condition this force to climb stairs was very dangerous and I was in fear for my life.

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Transfer Me on a Medical Transfer to a single level facility*

**Offender Signature:** *James Williams #2168331*   **Date:** 6-18-24

**Grievance Response:**

Review of your records, you did come get your supplies on 6/13/24. It is unknown as to why you were not allowed in the elevator by medical/security staff as it could be that you did not have a lay in. Security measures are in place to ensure that all staff and inmates are safe when they come into the infirmary. You need to have your lay-in. This is unsubstantiated.

**Signature Authority:** *Rebecca Wedden CM*   **Date:** 6/27/24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**       *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

S.gym-120

AUG 1 2 2024

## Texas Department of Criminal Justice

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: James Williams  TDCJ # 2168331

Unit: Beto  Housing Assignment: O-117-B

Unit where incident occurred: Beto

<table>
<tr><td colspan="2">**OFFICE USE ONLY**</td></tr>
<tr><td>Grievance #:</td><td>2024117200</td></tr>
<tr><td>UGI Recd Date:</td><td>JUL 0 2 2024</td></tr>
<tr><td>HQ Recd Date:</td><td>JUL 2 2 2024</td></tr>
<tr><td>Date Due:</td><td>8-16-24</td></tr>
<tr><td>Grievance Code:</td><td>600</td></tr>
<tr><td>Investigator ID#:</td><td>I0352</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**  *I am dissatisfied with the response at Step 1 because...*

I did have a lay-in and once I was forced to climb the stairs before it expired I was given my supplies by Ms. Tucker along with everyone else that is routinely laid-in every 2 weeks as I highly doubt Tucker would deny to lay-me-in when she laid everyone else in. She is such a sweet caring medical person. And the officer that forced me to walk up the stairs was busy sleeping and by me waking him up it pissed him off.
   Bottom line, camera will show I was forced to walk up the stairs carrying my walker and came close to falling. See you in Federal Court. I have a Single Level Facility Restriction as of that date which is prescribed CONTINUOUS which never expires and was wrote on 11-10-2020. I have 14 copies for evidence saved up

**I-128 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

**Offender Signature:** *James Williams #2168331*     **Date:** 7-2-24

**Grievance Response:**

In your Step 1 medical grievance, you stated you were forced to walk up the stairs with your walker to get your medical supplies on 06/11/2024, putting you in danger of falling as the security and medical staff would not allow you to use the elevator.  You are requesting to be transferred to a single level unit.

The Step 2 appellate review supports the response at Step 1.  There is no documentation found to show medical received any Sick Call Requests or I-60s concerning this issue.  There is also no documentation found show the providers have documented a medical necessity for you to be transferred to another unit at this time.

If you feel your condition has changed to warrant further evaluation for a single level unit, you are advised to submit a Sick Call Request to medical.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS                                      07/25/2024
TDCJ HEALTH SERVICES DIVISION

**Signature Authority:** _____     **Date:** _____

**Returned because:**     *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted.** *

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.***

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**I-128 Back (Revised 11-2010)**

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**              **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**              **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**Appendix G**



## Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024107356 |
| Date Received: | MAY 28 2024 |
| Date Due: | 7/12/24 |
| Grievance Code: | U24 |
| Investigator ID #: | 298 |
| Extension Date: | |
| Date Retd to Inmate: | JUN 10 2024 |

Inmate Name: _James Williams_    TDCJ # _2168331_

Unit: _Beto_    Housing Assignment: _O-117-B_

Unit where incident occurred: _Beto_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Wrote to Practice Manager_    When? _5-23-24 AM_

What was their response? _Got No Response_

What action was taken? _None_

State your grievance in the space provided.  Please state who, what, when, where and disciplinary case number if appropriate.

_On 5-23-24 I came here from the Telford Unit, I was not allowed to bring any of my medical supplies which are vital to my healthcare and I have been on these supplies over 6 years. I use the following:_
_7- Pull up diapers per week_
_4- Red Rubber 16Fr Catheters per day. Am alergic to the non-Red Rubber Catheters_
_1- Black Trash Bag per day_
_28- Lubes per week_
_1- Pack 4x4 gauze per week_
_1- Roll 3" silk Tape per week_
_4- Blue Pads per bi-weekly_
_1- Roll Toilet Paper per week_
_1- Bottle Foam Cleanser per bi-weekly_
_1- Gallon CPAP/BiPAP water per week._
_    I get supplies every Friday and have been out for 3 days now._

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          **(OVER)**

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

**Action Requested to Resolve Your Complaint.**

*Let me have my supplies on time as prescribed*

Inmate Signature: *James Williams #2168331*     Date: *5-25-24*

**Grievance Response:**

Reviewing your chart, you have been receiving your supplies up to being transferred to Beto. You were transferred to Beto on 5/23/24 per your grievance. It is your responsibility to submit an I-60 or notify medical if you need supplies or medical assistance. You received supplies on 5/30/24. This grievance is denied.

Signature Authority: _____     Date: *6/6/24*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:   *Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #_____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:**_____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:**_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

**I-127 Back** (Revised 8/2022)

S. gym-1996                                    JUL 23 2024         2024107356 SS

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2024107360 |
| UGI Recd Date: | 6-17-2024 |
| | JUN 25 2024 |
| HQ Recd Date: | |
| Date Due: | 8-1-2024 |
| Grievance Code: | 626 |
| Investigator ID#: | I0352 |
| Extension Date: | |

Offender Name: _James Williams_     TDCJ # _2168331_

Unit: _Beto_     Housing Assignment: _D-117-B_

Unit where incident occurred: _Beto_

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I have place several I-60 requests for supplies prior to the step I and on 6-3-24 I was seen by a provider named Onwuchekwa who not only discontinued some of the supplies I have been getting for over 6 years but she cut the rest in well over half and this was all due to the instructions and advise of CCA Tucker of medical supply who has absolutely No type of medical training or education in the feild of medicine and she told the above mentioned provider that she would only issue me what she had in stock and also only give me what the rest of the inmates were recieving and that she was not going to order anything extra for me. The above named providered took Tuckers medical advise And she cut me from 4 catheters per day to one but if you will look at my Urology appointment at UTMB galeston under TDCJ #556322 some time in the years of 2002 to 2003 you will see my test results and orders from a specialist that prescribed and told me to catheterize my self 4 times per day or every 4 hours. This is not possible when CCA Tucker advised that I be cut to 1 cath per

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

day. The problem with the medical department on this unit is that it's not a true medical facility other than the fact they have 24hr medical and they are not use to having inmates with multiple serious medical problem like mine.

**Offender Signature:** James Williams #2168331   **Date:** 6-17-24

**Grievance Response:**

In your Step 1 medical grievance you reported you have not received your medical supplies as prescribed by the previous unit provider.

After a review of the grievance and clinical records, this office supports the findings in the Step 1 medical grievance response. Furthermore, you were seen by the unit provider on 6/3/2024, and it was noted you do not meet medical criteria for a GEO-matt, you was referred to urology since there is no documented history regarding why you need that much urinary supplies, and the provider was unable to determine if you met criteria for a no prolonged standing restriction because you left the clinic without an exam. At this time, the referral to the Hospital Galveston (HG) Urology Specialty Clinic is pending review and scheduling.

All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment. While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed. If you feel your situation requires further evaluation, you are advised to submit a sick call request to the medical department.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS          07/02/2024
TDCJ HEALTH SERVICES DIVISION

**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**I-128 Back** (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission          CGO Initials: _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender:_____
2ⁿᵈ Submission          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd:_____
(check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____
3ʳᵈ Submission          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd:_____
(check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**Appendix G**

**Texas Department of Criminal Justice**

# STEP 1
## INMATE
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _2024110317_

Date Received: **JUN 0 3 2024**

Date Due: _7-18-24_

Grievance Code: _616_

Investigator ID #: _2972_

Extension Date: _____

Date Retd to Inmate: **JUL 0 1 2024**

Inmate Name: _James D. Williams_   TDCJ # _2168331_

Unit: _Beto_   Housing Assignment: _0-117-B_

Unit where incident occurred: _Beto_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Wrote I-60 to Practice Manager_   When? _5-29-24_

What was their response? _Pill nurse, not Practice Manager answered at Window_

What action was taken? _No action was taken by Prac. Man who could care less_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

_I was assigned to this unit on 5-23-24. My Gabapentin pain medication was not due for renewal until 5-29-24. There has been a whole week for Huntsville to re-route my new prescription which was due on the 29th to this unit. The pill nurses are trying to tell me Huntsville sent my new prescriptions to the Telford unit where I came from even though on the day of shipment the system wide computer-especially the one in Huntsville Pharmacy clearly showed me to be housed and assigned to the Beto unit, not Telford. I have been dealing with this too many years and have moved around several time earlier this year and the was never this problem. And there is so much illegal activities going on on this unit that there is no doubt in my mind someone has stolen a whole month's prescription of my gabapentin out of the pill dispensory. I am also missing a bottle of Cold Tar Shampoo, a bottle of Thera derm lotion, a pack of 800mg Ibuprophen and a jar of Absorbase Cream._

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)**

I-127 Front (Revised 8/2022)

Huntsville wrote me an ongoing, indetinate prescription
for both the Gabapentin and the Absorbase Cream. It
neither one ever ~~expire~~ expires.

**Action Requested to Resolve Your Complaint.**

I want and I need my medication and I can't be
expected to wait another month, for the next prescription.
A provider can easily reorder these meds.

**Inmate Signature:** _James Williams #2168331_   **Date:** 5-31-24

**Grievance Response:**

Reviewing your records, you had a dose given to you on 5/22/24 from previous unit before you arrived at Beto.
You have received your Gabapentin DOT twice daily since you have been at Beto. You have received your Motrin,
Theraderm, and Shampoo. You have all your medications according to records. This grievance is unsubstantiated.

Action Requested to Resolve Your Complaint.

**Signature Authority:** X _____ CM   **Date:** 6/28/24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

| Returned because:   *Resubmit this form when corrections are made. | OFFICE USE ONLY |
|---|---|
| ☐ 1. Grievable time period has expired. | Initial Submission          UGI Initials:_____ |
| ☐ 2. Submission in excess of 1 every 7 days. * | Grievance #:_____ |
| ☐ 3. Originals not submitted. * | Screening Criteria Used: _____ |
| ☐ 4. Inappropriate/Excessive attachments. * | Date Recd from Inmate: _____ |
| ☐ 5. No documented attempt at informal resolution. * | Date Returned to Inmate:_____ |
| ☐ 6. No requested relief is stated. * | **2nd Submission**          **UGI Initials:_____** |
| ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. * | Grievance #:_____ |
| ☐ 8. The issue presented is not grievable. | Screening Criteria Used: _____ |
| ☐ 9. Redundant, Refer to grievance #_____ | Date Recd from Inmate: _____ |
| ☐ 10. Illegible/Incomprehensible. * | Date Returned to Inmate: _____ |
| ☐ 11. Inappropriate. * | **3rd Submission**          **UGI Initials:_____** |

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Inv
State the reason for appeal on the Step 1 Form.

**UGI Printed Name/Signature:**

**Application of the screening criteria for this grievance is not expected to adversely
affect the inmate's health.**

**Medical Signature Authority:**

**I-127 Back** (Revised 8/2022)



**Texas Department of Criminal Justice**

## STEP 2   OFFENDER GRIEVANCE FORM

S gym B120 ~~SGym~~ 199✓

Offender Name: James Williams   TDCJ # 2168331

Unit: Beto   Housing Assignment: O-117-B

Unit where incident occurred: Beto

**OFFICE USE ONLY**

Grievance #: 2024110317

UGI Recd Date:   JUL 05 2024

HQ Recd Date: JUL 22 2024

Date Due: 8-19-24

Grievance Code: 616
10352

Investigator ID#:

Extension Date:

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I got on this rotten unit with a very unorganized medical unit on 5-23-24. My meds and especially my Gabapentin was not reordered until 6-3-24. I did not get my D.O.T. of Gabapentin until 6-6-24 and this also goes for my Spiriva.

And I don't know what you mean that I walked out of my appointment. I left the appointment when provider Onwuchekwa told me we were done and finished. Your claim is false. This provider claims she is afraid of being shipped back to Africa so it is obvious that her medical credentials are of Africa, a third world country and not American which means she did no go to school in America. She is lying to cover up the fact she told me she was finished and there was nothing more she could do for me and only then did I leave. She also stated that I should have gone into an appointment with Goins when Rose tried to change my provider schedule in mid stream. Onwuchekwa was retaliating against me because I refused to see Goins. Now I am left without adequate means to properly and fully

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

**Appendix G**

urinate because se she cut me from 4 catheters per day down to 1 and I have free world medical records with orders from a specialist in Urology of Methodist Hospital that says I require catheterization every 3-4 hours and that is not possible with 1 catheter per day

**Offender Signature:** James Williams #2168331　**Date:** 7-2-24

**Grievance Response:**

In your Step 1 medical grievance, you stated you have not received your gabapentin refill that was due on 05/29/2024.  You also stated you have not received your cold tar shampoo, Theraderm lotion, absorbase cream and ibuprofen.  You are requesting to receive your medications without having to wait.

Review of the Medication Compliance Report shows you began receiving your medications on 05/25/2024.  Please be advised medications that are floor stock medications can be administered to you in single doses when you present yourself to the pill window.  Medications which are non-formulary must be ordered from the central pharmacy and may take a few days to come in and are will not be transferred from your previous unit of assignment. The documentation shows you have been receiving your medications as ordered since that time.

You have been afforded appropriate access to care.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS　　　07/26/2024
TDCJ HEALTH SERVICES DIVISION

**Signature Authority:** _____　**Date:** _____

**Returned because:**　*Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**　**CGO Initials:** _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____
**2nd Submission**　**CGO Initials:** _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____
**3rd Submission**　**CGO Initials:** _____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ___Screened ___Improperly Submitted
Comments:_____
Date Returned to Offender:_____

I-128 Back (Revised 11-2010)　　**Appendix G**