9-19-24

James D. Williams #2168331
Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880

Honorable Judge John Love
U.S. District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, Texas 75702

FILED
SEP 26 2024
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

## MOTION FOR INJUNCTIVE RELIEF ORDER

Judge Love,

I just wrote you on 9-16-24 concerning one of the nurses in the medical department where the above mentioned case orrignated and did assault me by viciously pushing me from behind, almost knocking me over my walker as she called me a cocksucker as she knows I am gay and she knows I have serious back injuries in the lower and upper spine and she deliberately pushed me right into my injury trying to hurt me worse. I sent you witness statement and there were 3 cameras in the area of the assault.

So now more retaliation has risen as they have posted a large picture of me by the door of the infirmary for all to see, like a wanted poster with the big letters that read that I am not allowed to enter the medical department for any reason without an escort of at least the rank of a sargeant. And they expect me to run down a sargeant 2 times per day to get my medications a to all other appointments as well and none of the sargeants wont to help me or have anything to do with me. I have missed three nurse sick call appoints in the past 2 days because of the wanted poster they have on me by the door. All the guards assume that I did something wrong to have my picture posted and they are very hostile towards me. So now, I am being denied any type of medical treatments I am in serious bad need of a provider right now and this is what the nurses' sick call appointments are for, to refer me to a provider.

Your Honor, would you please approve my request in my 1st amended complaint for an injunctive order to have me transfered to another facility especially while this case takes it's course. Please? The retaliation has gotten out of control and I now have 12 claims of retaliation in just 8 weeks that I have filed grievances on and once I get them back there will be another claim file but

Please help me Sir,

Respectfully,

*James Williams*
James D. Williams   #2168331